**Marquis & Aurbach**
FRANK M. FLANSBURG, ESQ.
Nevada Bar No. 6974
TYE S. HANSEEN, ESQ.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
fflansburg@marquisaurbach.com
thanseen@marquisaurbach.com
Attorneys for Mark M. Casey

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>                          Plaintiff,<br><br>       vs.<br><br>MARK M. CASEY,<br><br>                          Defendant. | Case No.:      2:09-CV-01313 RLH-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

It is hereby stipulated by and between Plaintiff, BANK OF THE WEST, through Jeremy J. Nork, Esq. of the law firm Holland & Hart LLP and Eric Johnson, Esq. of the law firm Quarles & Brady LLP, and Defendant, MARK M. CASEY, through Frank M. Flansburg III, Esq. of the law firm of Marquis & Aurbach, that the claims between the parties in the above-entitled action shall be settled without further litigation and that the claims between the parties shall be dismissed with prejudice with each party to bear its own attorneys fees and costs.

| | |
|---|---|
| **MARQUIS & AURBACH** | **HOLLAND & HART, LLP** |
| By:   /s/ Frank M. Flansburg III<br>     Frank M. Flansburg III, Esq.<br>     Nevada Bar No. 6974<br>     Tye S. Hanseen, Esq.<br>     Nevada Bar No. 10365<br>     10001 Park Run Drive<br>     Las Vegas, NV 89145<br>     Attorneys for Defendant | By:   /s/ Jeremey J. Nork<br>     Jeremey J. Nork, Esq.<br>     Nevada Bar No. 4017<br>     5441 Kietzke Lane, 2nd Floor<br>     Reno, Nevada 89511<br>     Attorneys for Plaintiff |

M&A:11359-001 1107704_1.DOC 8/6/2010 10:23 AM

**QUARLES & BRADY, LLP**

By:
    Eric Johnson, Esq.
    Nevada Bar No.9363
    Two North Central Avenue
    Phoenix, Arizona 85004-2391
    Attorneys for Plaintiff

## **ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant Mark M. Casey shall be dismissed with prejudice with each party to bear its own attorneys fees and costs..

Dated this 9th day of August, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

MARQUIS & AURBACH


By    /s/ Frank M. Flansburg III
    FRANK M. FLANSBURG III, ESQ.
    Nevada Bar No. 6974
    TYE S. HANSEEN, ESQ.
    Nevada Bar No. 10365
    10001 Park Run Drive
    Las Vegas, Nevada 89145

M&A:11359-001 1107704_1.DOC 8/6/2010 10:23 AM